ORIGINAL

FILED

04/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0179

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23-0179

JERRY JOE HENDERSON,

Petitioner,

v.

STATE OF MONTANA, and
JIM SALMONSEN,
Warden, MONTANA STATE PRISON,

Respondents.

FILED

APR 1 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Jerry Joe Henderson has filed a "Motion for State Habeas Corpus Relief, under Statute[,] § 46-18-201(3)(a)(iv)(B)," MCA, to correct his sentence to include a five-year suspended term. Henderson points out that he should have "all but the first 5 years of the sentence by law . . . suspended." He requests that this Court remand his underlying case to the Gallatin County District Court, as we did in 2019, to correct his sentence to a twenty-year term instead of thirty years and to impose a conviction of misdemeanor sexual assault instead of felony sexual intercourse without consent.

This Court is familiar with Henderson's criminal history. In July 2019, the Gallatin County District Court sentenced Henderson to the Montana State Prison for thirty years with fifteen years suspended for sexual assault after this Court remanded the matter upon the State's concession concerning Henderson's plea to a sexual offense. *See State v. Henderson*, No. DA 17-0593, Order (Mont. Jan. 22, 2019). Henderson attempted to appeal his sentence upon remand, and we denied his Petition. *State v. Henderson*, No. DA 22-0010, Order (Mont. Jan. 18, 2022).

Henderson has also raised this argument about a sentence correction and a commitment to the Department of Corrections. *See Henderson v. Salmonsen*, No. OP 22-0432, Order, at 1-2 (Mont. Aug. 23, 2022). Henderson's arguments are misplaced,

and he is mistaken. Henderson has a prison sentence, not a commitment to the DOC. He also has a fifteen-year suspended term along with a fifteen-year prison term. As stated before, Henderson has a valid sentence. His request for remand is unwarranted.

Henderson has not demonstrated an illegal sentence or illegal incarceration. Section 46-22-101(1), MCA. He is not entitled to his requests. Therefore,

IT IS ORDERED that Henderson's "Motion for State Habeas Corpus Relief" is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Jerry Joe Henderson personally.

DATED this __11__ day of April, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2